COMMONWEALTH of Pennsylvania,
Respondent

v.

Marvin HILL, Petitioner

No. 482 EAL 2016

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, we **GRANT** the petition for allowance of appeal and **REVERSE** the order of the Superior Court. The matter is hereby remanded to the Superior Court to reinstate Petitioner's appeal rights nunc pro tunc consistent with Commonwealth v. Rosado, 150 A.3d 425, 2016 WL 7008042 (Pa. 2016).